In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-228 CV


____________________



IN RE DOUGLAS ALAN BURDEN






Original Proceeding






MEMORANDUM OPINION


 

 Relator Douglas Alan Burden seeks relief to compel the trial court to certify that he
has a right of appeal. Because the information received from the trial court in Burden's
underlying criminal case indicated that the case was a plea bargain, and did not involve
revocation of community supervision, this Court issued an opinion dismissing relator's
appeal for want of jurisdiction on August 7, 2003. See Burden v. State, No. 09-03-284-CR,
2003 WL 21831899, at *1 (Tex. App.--Beaumont Aug. 7, 2003, no pet.) (not designated for
publication). Therefore, the trial court's only duty was to enforce our mandate, which issued
on October 21, 2003. See Tex. R. App. P. 51.2. Relator has not demonstrated that he is
entitled to mandamus relief from this Court. See State ex rel. Hill v. Court of Appeals for the
Fifth Dist., 34 S.W.3d 924, 927 (Tex. Crim. App. 2001). Accordingly, we deny relief on the
petition for writ of mandamus.

 PETITION DENIED.


 PER CURIAM



Opinion Delivered June 12, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.